IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROGER ADAMS, | ) |
| Plaintiff, | ) Cause No.:3:22-cv-452 |
| vs. | ) |
| AVIS BUDGET GROUP and AB CAR RENTAL SERVICES, INC. | ) |
| Defendant, | ) |

COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

Plaintiff, Roger Adams, by counsel, and as his Complaint for Damages against Defendant, states as follows:

PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Roger Adams (hereinafter "Plaintiff" or "Adams"), is a resident of St. Joseph County in the State of Indiana and a former employee of Defendant.

2. Defendant, AB Car Rental Services, Inc. and Avis Budget Group (hereinafter collectively "AB Car Rental Services" or "Defendant"), is an employer as defined by the Americans with Disabilities Act, as amended 42 U.S.C. §12101, *et. seq.*, which conducts business in the State of Indiana.

3. Adams filed a Charge of Discrimination (Charge No. 470-2021-03549) with the Equal Employment Opportunity Commission on or about September 14, 2021, *inter alia*, alleging that Defendant violated the Americans with Disabilities Act, as amended 42 U.S.C. §12101, *et. seq*.

4. The Equal Employment Opportunity Commission issued to Adams a 90-day Right to Sue letter on May 24, 2022.

5. Adams invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a).

6. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

## General Facts & Specific Allegations

7. Plaintiff, a forty-two (42) year old who suffers from a disability, namely herniated and bulging discs in his back that affect his major life activities.

8. Plaintiff began his employment in 2011, was promoted to full-time service agent in 2013, and was promoted to lead service agent sometime prior to 2016.

9. In 2016, Plaintiff was involved in two automobile accidents that caused his disability.

10. After Plaintiff sustained his injuries, Defendant began to treat Plaintiff in a discriminatory manner and stripped him of his lead position, which led Plaintiff to file one or more charges of discrimination with the Equal Employment Opportunity Commission.

11. On or about March 2020, the Defendant laid Plaintiff off due to an alleged downturn in business, and told Plaintiff he would be called back when business picked up.

12. In 2021, Plaintiff learned that the Defendant was hiring new employees even though it had not called Plaintiff back to work.

13. Plaintiff then applied for and interviewed for his old position.

14. Plaintiff was offered the position, but the Defendant rescinded its offer the following day and told Plaintiff that it had decided to move forward with another candidate.

15. Defendant has since offered Plaintiff sham interviews but has failed and refused to put Plaintiff back to work.

## Count I
## ADA Discrimination

16. Plaintiff incorporates by reference Paragraphs one (1) through fifteen (15) above.

17.  Plaintiff suffers from a disability that affect one or more of his major life activities, specifically Plaintiff suffers damaged vertebrae in his back.

18.  Plaintiff was able to perform all of the essential functions of his original job with or without reasonable accommodation.

19. Plaintiff was treated less favorably than similarly situated non-disabled employees who were hired to replace Plaintiff.

20.  The Defendant refused to bring Plaintiff back from lay-off due to his disability, perceived disability, or record of disability.

21. As a result of the foregoing, Adams suffered damages, including but not limited to, lost wages and benefits, liquidated damages and attorney fees.

22. The Defendant's actions are in violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12101, *et. sec.*

WHEREFORE, Plaintiff prays for judgment against Defendant, an award for unpaid wages, compensatory damages, punitive damages, back pay, prejudgment interest, reasonable attorney fees, costs and all other appropriate relief.

Count II
Retaliation

23. Plaintiff incorporates by reference Paragraphs one (1) through twenty-two (22) above.

24. Plaintiff engaged in protected activity under the Americans with Disabilities Act when he filed EEOC charges against the Defendant during the course of his employment, alleging disability discrimination.

25. The Defendant then subjected Plaintiff to a layoff, due to an alleged downturn in business.

26. The Defendant then refused to return Plaintiff to his former position and hired someone to replace him.

27. The Defendant's refusal to return Plaintiff to work was in retaliation for his prior EEOC activity alleging disability discrimination.

28. As a result of the foregoing, Adams suffered damages, including but not limited to, lost wages and benefits, liquidated damages and attorney fees.

29. The Defendant's actions are in violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12101, *et. sec.*

WHEREFORE, Plaintiff prays for judgment against Defendant, an award for unpaid wages, compensatory damages, punitive damages, back pay, prejudgment interest, reasonable attorney fees, costs and all other appropriate relief.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
Paul J. Cummings, 22714-41

### REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
Paul J. Cummings, 22713-41

HENN HAWORTH CUMMINGS & PAGE
1634 W Smith Valley Road, Ste. B
Greenwood, IN  46143
(317) 885-0041;
(888) 308-6503 Fax